**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02129-MSK-NYW

BERNHARD ENGL, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NATURAL GROCERS BY VITAMIN COTTAGE, INC.,
VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER, Document No. 121, of Chief Judge Marcia S. Krieger entered on September 21, 2016, it is

    ORDERED that the Report and Recommendations [ECF No. 110] is ADOPTED. It is

    FURTHER ORDERED that the Defendants' Motion to Dismiss [ECF No. 57] is GRANTED.   It is

    FURTHER ORDERED that Plaintiff's claims in this action are DISMISSED without prejudice for lack of federal subject matter jurisdiction and this civil action is closed.

    Dated at Denver, Colorado this 21st day of September, 2016.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes
Deputy Clerk