Session # 109554    Inv # 02266

# HOLLAND & HART
## CHECK REQUEST
H & H 708 Rev. 12/94

DATE: 2/26/16
VENDOR ID: 54760
WANTED: ☐ AM ☐ PM
DATE REQUIRED _____
PLS HAVE REQUEST IN ACCTN'G ONE HALF HOUR PRIOR

*PAYEE NAME AND ADDRESS
*IF NO VENDOR ID# MUST OBTAIN FED TAX ID# OR S.S.#

Academy Bank
Attn: Branch Manager
1 South Tejon Street
Colo. Spgs. CO 80903

CLIENT NAME: Natural Grocers
DESCRIPTION: Subpoena to Testify
FOR CHECK STUB/CLIENT/ GL TEXT

### COST TYPES & DESCRIPTIONS FOR CLIENT CHARGES ONLY

| Type | Description | Type | Description |
|---|---|---|---|
| 08 | Communication Charges | 16 | Trademarks and Search |
| 09 | Postage | 17 | Maps, Literature & Sundries |
| 10 | Filing, Recording, Docket Fees | 18 | Secretarial/Clerical Services |
| 11 | Messenger | 27 | Outside Copy Charges |
| 12 | Title Fees and Title Searches | 31 | Travel Advance |
| 13 | Outside Fees | 33 | Salary Advance |
| 14 | Witness Fees | 52 | Medical Records |
| 15 | Deposition | 53 | Engineering Records |
| | | 77 | Service of Process |

Other costs type available, call Financial Services

Sch# 76539
Neg# 744712

### CHARGE TO

| Client/Matter | Cost Type | Ofc | GL# | Dept | AMOUNT |
|---|---|---|---|---|---|
| 57256.0019 | 13 | | | | $40.00 |

ALL H&H CHARGES MUST HAVE DEPARTMENT MANAGER APPROVAL

ROUTING:
☐ HOLD FOR PICKUP  ☐ INTEROFFICE MAIL TO ORIGINATOR
☐ MAIL TO PAYEE (MAILED FRI ONLY)  ☐ INTERNAL MESSENGER

TIMEKEEPER ID: 5852 (Tejeda)

ORIGINATOR/Phone Ext.: Cheryl
COUNTERSIGNATURE-OVER $500
APPROVAL SIGNATURE
COUNTERSIGNATURE-OVER $10,000

*900435538*

TOTAL CHECK AMOUNT: $40.00

Inv# 022616 A

# HOLLAND & HART
## CHECK REQUEST
H & H 708 Rev. 12/94

**DATE:** 2/26/16
**VENDOR ID:** 54761
**WANTED:** AM / PM
DATE REQUIRED _____
PLS HAVE REQUEST IN ACCTN'G ONE HALF HOUR PRIOR

**PAYEE NAME AND ADDRESS** (*IF NO VENDOR ID# MUST OBTAIN FED TAX ID# OR S.S.#):
Peggy Shepherd
c/o Gold's Gym - Briargate
7655 N. Union Blvd.
Colo. Spgs. CO 80920

**CLIENT NAME:** Natural Grocers

**DESCRIPTION FOR CHECK STUB/CLIENT/GL TEXT:** Subpoena to Testify

### COST TYPES & DESCRIPTIONS FOR CLIENT CHARGES ONLY

| Type | Description | Type | Description |
|---|---|---|---|
| 08 | Communication Charges | 16 | Trademarks and Search |
| 09 | Postage | 17 | Maps, Literature & Sundries |
| 10 | Filing, Recording, Docket Fees | 18 | Secretarial/Clerical Services |
| 11 | Messenger | 27 | Outside Copy Charges |
| 12 | Title Fees and Title Searches | 31 | Travel Advance |
| 13 | Outside Fees | 33 | Salary Advance |
| 14 | Witness Fees | 52 | Medical Records |
| 15 | Deposition | 53 | Engineering Records |
| | | 77 | Service of Process |

Other costs type available, call Financial Services

Sch # 76539
Neg # 744713

### CHARGE TO

| Client/Matter | Cost Type | Ofc | GL # | Dept | AMOUNT |
|---|---|---|---|---|---|
| 57256.0019 | 13 | | | | $40.00 |

ALL H&H CHARGES MUST HAVE DEPARTMENT MANAGER APPROVAL

**ROUTING:** ☐ HOLD FOR PICKUP ☐ INTEROFFICE MAIL TO ORIGINATOR ☐ MAIL TO PAYEE (MAILED FRI ONLY) ☐ INTERNAL MESSENGER

**TIMEKEEPER ID:** 5852 (Tejeda)

ORIGINATOR/Phone Ext. — APPROVAL SIGNATURE

COUNTERSIGNATURE-OVER $500 — COUNTERSIGNATURE-OVER $10,000

*900435539*

TOTAL CHECK AMOUNT: $40.00

# INVOICE

**Courier Process Service, Inc.**
On Time, Anytime, Anywhere

Invoice #TCH-2016000893
2/29/2016

INVOICE APPROVED FOR PAYMENT
Vendor # 407
Office # 64
Client/GL # 57256.0019
Tkpr # 5858
Amount $ 130.00
By _Evyll Tejeda_

Holland and Hart (CO Springs)
90 South Cascade Suite 1000
Colorado Springs, CO 80903

Reference Number: 57256.0019
Your Contact: Cheryl Love
**Case Number: 1:15-CV-02129-MSK-NYW**

Send Payments To:
Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
Phone: (719) 475-7360
Fax: (719) 475-9208
Tax Id# 84-13-68680

Plaintiff:
**Bernhard Engl**

Defendant:
**Natural Grocers by Vitamin Cottage, Inc. and Vitamin Cottage Natural Food Markets, Inc.**

Received: 2/26/2016   Served: 2/26/2016 3:13 pm  .CORPORATE
To be served on: Armed Forces Bank

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Check Fee | 1.00 | 5.00 | 5.00 |
| Witness fee | 1.00 | 40.00 | 40.00 |
| Fort Carson 80913 Priority Service Fee - 6384 Wezel Ave 1512 | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | $130.00 |
| **BALANCE DUE:** | | | $130.00 |


RECEIVED
MAR 25 2016
FINANCIAL SERVICES

*900443987*

Invoice due and payable upon receipt (if paid by invoice); all charges not paid within 30 days from the first monthly statement, that includes this invoice, are subject to a re-billing fee of $5.00 per month.

NOW ACCEPTING MAJOR CREDIT CARDS

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
THANK YOU FOR CHOOSING COURIER PROCESS SERVICE, INC.

VISIT US AT www.courierprocess.com
CONTACT US AT info@courierprocess.com

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

# INVOICE

**Courier Process Service, Inc.**
On Time, Anytime, Anywhere.

Invoice #TCH-2016000894
2/26/2016

**INVOICE APPROVED FOR PAYMENT**
Vendor # 40
Office # 114
Client/GL # 57256.0019
Tkpr # 5852
Amount $ 85.00
By _Myela Tejeda_

Holland and Hart (CO Springs)
90 South Cascade Suite 1000
Colorado Springs, CO 80903

**Send Payments To:**
Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
Phone: (719) 475-7360
Fax: (719) 475-9208
Tax Id# 84-13-68680

Your Contact: Cheryl Love
Case Number: 1:15-CV-02129-MSK-NYW

**RECEIVED MAR 25 2016 FINANCIAL SERVICES**

Plaintiff:
**Bernhard Engl**

Defendant:
**Natural Grocers by Vitamin Cottage, Inc. and Vitamin Cottage Natural Food Markets, Inc.**

Received: 2/26/2016   Served: 2/26/2016 2:34 pm  .CORPORATE
To be served on: Academy Bank

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 80903 Priority Service Fee - 1 S. Tejon Street | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | **$85.00** |

**BALANCE DUE:** $85.00

Sales & Use Tax Accrual

City  52   GL-23201
State  52  GL-23202
City Consumption   GL-23201
State Consumption  GL 23202
Exempt From Tax   ✓
Tax Included

Invoice due and payable upon receipt (if paid by invoice); all charges not paid within 30 days from the first monthly statement, that includes this invoice, are subject to a re-billing fee of $5.00 per month.

NOW ACCEPTING MAJOR CREDIT CARDS

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
THANK YOU FOR CHOOSING COURIER PROCESS SERVICE, INC.

VISIT US AT  www.courierprocess.com
CONTACT US AT  info@courierprocess.com

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t



# INVOICE

Invoice #TCH-2016000895
2/26/2016

**INVOICE APPROVED FOR PAYMENT**
Vendor # 407
Office # 124
Client/GL # 57266.0019
Tkpr # 5852
Amount $ 85.00
By Engel Tejada

Holland and Hart (CO Springs)
90 South Cascade Suite 1000
Colorado Springs, CO 80903

Send Payments To:
Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
Phone: (719) 475-7360
Fax: (719) 475-9208
Tax Id# 84-13-68680

Your Contact: Cheryl Love
Case Number: 1:15-CV-02129-MSK-NYW

Plaintiff:
**Bernhard Engl**

Defendant:
**Natural Grocers by Vitamin Cottage, Inc. and Vitamin Cottage Natural Food Markets, Inc.**

Received: 2/26/2016  Served: 2/26/2016 3:02 pm  .PERSONAL
To be served on: Peggy Shepherd

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 80920 Priority Service Fee - 7655 N. Union Boulevard | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** $85.00



Invoice due and payable upon receipt (if paid by invoice); all charges not paid within 30 days from the first monthly statement, that includes this invoice, are subject to a re-billing fee of $5.00 per month.

NOW ACCEPTING MAJOR CREDIT CARDS

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
THANK YOU FOR CHOOSING COURIER PROCESS SERVICE, INC.

VISIT US AT  www.courierprocess.com
CONTACT US AT  info@courierprocess.com

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t



# INVOICE

Invoice #FRS-2016001428
3/1/2016



RECEIVED
MAR 25 2016
FINANCIAL SERVICES

Denver
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202

Send Payments To:
Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
Phone: (888) 387-3783
Fax: (877) 772-7377

Sales & Use Tax Accrual

| | | | |
|---|---|---|---|
| City | 10 | GL-23201 | |
| State | | GL-23202 | |
| City Consumption | | GL-23201 | |
| State Consumption | | GL 23202 | |
| Exempt From Tax | | | ✓ |
| Tax Included | | | |

Your Contact: Roleen Johnson
Case Number: 1:15-CV-02129-MSK-NYW

Plaintiff:
Bernhard Engl

Defendants:
Natural Grocers by Vitamin Cottage ,Inc., and Vitamin Cottage Natural Food Markets, inc

Received: 2/26/2016   Served: 2/26/2016 2:31 pm  .CORPORATE
To be served on: VISA U.S.A., INC., ATTN: CORPORATION SERVICE COMPANY, REGISTERED AGENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1560 BROADWAY, SUITE 2090. DENVER, CO | 1.00 | 30.00 | 30.00 |
| Priority Rush Fee / NC | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |

TOTAL CHARGED: $30.00

BALANCE DUE: $30.00

INVOICE APPROVED FOR PAYMENT
Vendor # 53410
Office # 01
Client/GL # 67256 0019
Tkpr # 5852
Amount $ 30.00
By _Snyder Tylder_



***THANK YOU FOR YOUR BUSINESS AND REMEMBER WE CAN SERVE ALL OF YOUR PAPERS NATIONWIDE***

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



**INVOICE**

Invoice #FRS-2016001427
3/1/2016

Front Range
Legal Process Service
Email: info@frlps.com
URL: www.frlps.com

Denver
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202

RECEIVED
MAR 2 5 2016
FINANCIAL SERVICES

Send Payments To:
Front Range Legal Process Service, Inc.
145 W. Swallow Road ✓
Fort Collins, CO 80525
Phone: (888) 387-3783
Fax: (877) 772-7377

Your Contact: Roleen Johnson
Case Number: 1:15-CV-02129-MSK-NYW

Plaintiff:
Bernhard Engl


*900446592*

Defendants:
**Natural Grocers by Vitamin Cottage ,Inc., and Vitamin Cottage Natural Food Markets, inc**

Received: 2/26/2016   Served: 2/26/2016 2:31 pm  .CORPORATE
To be served on: VISA U.S.A., INC., ATTN: CORPORATION SERVICE COMPANY, REGISTERED AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1560 BROADWAY, SUITE 2090. DENVER, CO | 1.00 | 50.00 | 50.00 |
| Priority Rush Fee | 1.00 | 30.00 | 30.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 40.00 | 40.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |

TOTAL CHARGED: $120.00

BALANCE DUE: $120.00

Sales & Use Tax Accrual
City          GL-23201
State         GL-23202
City Consumption   GL-23201
State Consumption  GL 23202
Exempt From Tax
Tax Included

INVOICE APPROVED FOR PAYMENT
Vendor # 23010
Office # 04
Client/GL # 57256.0019
Tkpr # 5852
Amount $ 120.00
By Engels Tejada

***THANK YOU FOR YOUR BUSINESS AND REMEMBER WE CAN SERVE ALL OF YOUR PAPERS NATIONWIDE***

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



**INVOICE**

Invoice #FRS-2016001426
3/1/2016



Denver
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202

RECEIVED
MAR 25 2016
FINANCIAL SERVICES

Send Payments To:
Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
Phone: (888) 387-3783
Fax: (877) 772-7377

Your Contact: Roleen Johnson
Case Number: 1:15-CV-02129-MSK-NYW

Plaintiff:
**Bernhard Engl**

Defendants:
**Natural Grocers by Vitamin Cottage ,Inc., and Vitamin Cottage Natural Food Markets, inc**

Received: 2/26/2016   Served: 2/26/2016 2:31 pm  .CORPORATE
To be served on: GOLD'S GYM ROCKIES, LLC ATTN: CORPORATION SERVICE COMPANY, REGISTERED AGENT

*900446589*

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1560 BROADWAY, SUITE 2090. DENVER, CO | 1.00 | 50.00 | 50.00 |
| Priority Rush Fee | 1.00 | 30.00 | 30.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 40.00 | 40.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |

TOTAL CHARGED: $120.00

BALANCE DUE: $120.00

INVOICE APPROVED FOR PAYMENT
Vendor # 234(?)
Office # 101
Client/GL # 57256.0019
Tkpr # 5852
Amount $ 120.00
By _Engels Tejeda_

Sales & Use Tax Accrual
City _____ GL-23201
State _____ GL-23202
City Consumption _____ GL-23201
State Consumption _____ GL 23202 ✓
Exempt From Tax
Tax Included

***THANK YOU FOR YOUR BUSINESS AND REMEMBER WE CAN SERVE ALL OF YOUR PAPERS NATIONWIDE***

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



# ACADEMYBANK

## Research Invoice

Tax ID: 84-0567796

Date: 03/02/2016

Invoice Number: 31601

Case Number: 1:15-cv-02129-MSK-NYW

RE: Bernhard Engl

Account: 3821936, 1214153

The following is an invoice for research services:

Research Time Per Hour: $20.00 x 1 = $20.00

Copies: $2.00 x 12 = $24.00

Statements: $2.00 x 2 = $4.00

Total Due = $48.00

If you should have any questions, feel free to contact Linda Richardson at (816) 412-3501 or Penny Hord at (816) 412-6080 in the Research Department.

Forward payments to:
Academy Bank
Item Processing
1111 Main St., Ste. 201
KC, MO 64105

INVOICE APPROVED FOR PAYMENT
Vendor # 54740 #02
Invoice # 44
Client/GL # 07256.0019
Floor # 5852
Amount $ 48.00
By _Engl Lydle_

Sales & Use Tax Accrual  49.92
City  64  GL-23201
State       GL-23202  1.92
City Consumption  GL-23201
State Consumption  GL 23202
Exempt From Tax
Tax Included  RECEIVED

MAR 25 2016

FINANCIAL SERVICES


*900447801*

P.O. Box 26458 • Kansas City, MO 64196 • 877.712.2265 • Member FDIC • www.AcademyBank.com

February 26, 2016

Forty and 00/100************************************************************************************ ***40.00***

Peggy Shepherd  
c/o Gold's Gym  
7655 North Union Blvd.  
Colorado Springs, CO  80920

*744713*

| Payee: | Peggy Shepherd | | Holland & Hart LLP | Check #: | 52004944 |
|---|---|---|---|---|---|
| Vendor: | 54761 | | | Check Date: | 2/26/2016 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 022616A | 2/26/2016 | 40.00 | 40.00 | | 40.00 |

Natural Grocers  57256.0019  
Subpoena to Testify

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 2/26/2016 | 11019556 | Outside Fees | 57256 | 0019 | 40.00 |
| | | Totals | 40.00 | 40.00 | 40.00 |

Please have Check Request to Accounts Payable ½ hour prior to the above selected run time. Your check will be ready 1 ½ hours after the time you selected

## Holland & Hart Check Request

| | | |
|---|---|---|
| Originator Name:<br>**Engels Tejeda** | Date:<br>2/25/2016 | Routing: |
| Timekeeper ID:<br>5852 | Date/Time Required:<br>2/25/2016<br>2:30 PM | Payee ID#:<br>54756 |

Payee Name and Address:
**VISA Inc.**
**Attn: CT Corporation System, Registered Agent**
**818 West Seventh Street, Suite 930**
**Los Angeles, CA 90017**

Payee Phone:

Description for Check:
witness fees

Other Comments:

CHARGE TO

| Client/Matter" | GL | Cost Type | Office-Dept | Amount |
|---|---|---|---|---|
| 57256.0019 | | 14 14 Witness Fees | 64 | 40.00 |
| Natural Grocers by Vitamin Cottage, Inc - 0019 - Data Incident | | | | |
| Stark, M. Lucy | | | | |
| Total AR 0-90: 0.00 Total AR Over 90: 0.00 Trust Balance: 0.00 | | | | |

Total: 40.00

Originator Signature:                                    Counter Signature - over $500

X _Engels Tejeda_                                        X_____
Approval Signature                                        Counter Signature - over $10,000

X_____                                        X_____

February 25, 2016

Forty and 00/100*************************************************************************************************  ***40.00***

VISA Inc.
Attn: CT Corporation System, Registered Agent
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

*744628*

| Payee: | VISA Inc. | | Holland & Hart LLP | Check #: | 64015042 |
|---|---|---|---|---|---|
| Vendor: | 54756 | | | Check Date: | 2/25/2016 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 022516 | 2/25/2016 | 40.00 | 40.00 | | 40.00 |

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 2/25/2016 | 11018867 | Witness Fees | 57256 | 0019 | 40.00 |
| | | Totals | 40.00 | 40.00 | 40.00 |

Please have Check Request to Accounts Payable ½ hour prior to the above selected run time. Your check will be ready 1 ½ hours after the time you selected

## Holland & Hart Check Request

| | | |
|---|---|---|
| Originator Name:<br>**Engels Tejeda** | Date:<br>2/25/2016 | Routing: |
| Timekeeper ID:<br>5852 | Date/Time Required:<br>2/25/2016<br>2:30 PM | Payee ID#:<br>~~57~~<br>54755 |

Payee Name and Address:
**Aggressive Legal Services, Inc.**
4110 Truxel Road, Suite 150
Sacramento, CA 95834

Payee Phone:
877.925.7462

Description for Check:
witness fees / process of service fees

Other Comments:

CHARGE TO

| Client/Matter" | GL | Cost Type | Office-Dept | Amount |
|---|---|---|---|---|
| 57256.0019<br>Natural Grocers by Vitamin Cottage, Inc - 0019 - Data Incident<br>Stark, M. Lucy<br>Total AR 0-90: 0.00  Total AR Over 90: 0.00  Trust Balance: 0.00 | | 14 14 Witness Fees | 64 | 125.00 |

Total: 125.00

Originator Signature:

X _Engels Tejeda_
Approval Signature

X _____

Counter Signature - over $500

X _____

Counter Signature - over $10,000

X _____

February 25, 2016

One hundred twenty-five and 00/100************************************************************************************ ***125.00***

Aggressive Legal Services, Inc.
4110 Truxel Road, Suite 150
Sacramento, CA 95834

*744627*

| Payee: | Aggressive Legal Services, Inc. | Holland & Hart LLP | Check #: | 64015041 |
|---|---|---|---|---|
| Vendor: | 54755 | | Check Date: | 2/25/2016 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 022516 | 2/25/2016 | 125.00 | 125.00 | | 125.00 |

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount | | |
|---|---|---|---|---|---|---|---|
| 2/25/2016 | 11018869 | Witness Fees | 57256 | 0019 | 125.00 | | |
| | | Totals | 125.00 | | 125.00 | | 125.00 |

February 26, 2016

Forty and 00/100************************************************************************************ ***40.00***

Academy Bank
1 South Tejon Street
Colorado Springs, CO  80903

*744712*

| Payee: | Academy Bank | | Holland & Hart LLP | Check #: | **52004943** |
| Vendor: | 54760 | | | Check Date: | 2/26/2016 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 022616 | 2/26/2016 | 40.00 | 40.00 | | 40.00 |

Natural Grocers  57256.0019
Subpoena to Testify

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount | |
|---|---|---|---|---|---|---|
| 2/26/2016 | 11019555 | Outside Fees | 57256 | 0019 | 40.00 | |
| | | Totals | 40.00 | 40.00 | | 40.00 |