*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013))

## BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Bernhard Engl, individually and on behalf of others similarly situated,
v.
NATURAL GROCERS BY VITAMIN COTTAGE, iNC., AND VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.

DOCKET NO. 1:15-cv-02129-MSK-NYW
MAGISTRATE CASE NO. 1:15-cv-02129-MSK-NYW

Judgment having been entered in the above entitled action on SEPT. 21, 2016 against Bernhard Engl the clerk is requested to tax the following as costs:

### BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk (Undisputed by Plaintiff as a particular cost item.) | $211.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions (Undisputed by Plaintiff as a particular cost item.) | $864.92 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
| **TOTAL** | **$1,075.92*** |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
Oct. 20, 2016
JEFFREY P. COLWELL, CLERK

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ Engels J. Tejeda
Print Name: Engels J. Tejeda
Phone Number: 801-799-5851
For: Defendants Natural Grocers
Name of Claiming Party
Date: October 5, 2016

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:
Costs are hereby taxed in the following amount and included in the judgment:

Date and Time: **Thursday at 9:30 a.m.** (Telephonic hearing, all parties attended by phone.)
Amount Taxed $ 1,075.92

CLERK OF COURT
JEFFREY P. COLWELL

(BY) DEPUTY CLERK
s/ Edward P. Butler
DATE: 10/20/16

*Clerk's Note: Plaintiff raises a general objection to the clerk's decision to proceed with the hearing, and that costs were awarded. Plaintiff's objection is that no prevailing party has been determined in this case, and an award of costs is premature, and reiterates the objections raised in Docket No. 130.