# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02129-MSK-NYW

BERNHARD ENGL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATURAL GROCERS BY VITAMIN COTTAGE, INC., a Delaware corporation, and VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., a Colorado corporation,

Defendants.

---

## AGREED ORDER

---

The Court being advised that all of the parties to this action have entered into a written Settlement Agreement And Release, and the parties having otherwise agreed, it is hereby ORDERED:

1. The Plaintiff's Motion To Reopen The Case Pursuant To Rule 59(e) Or, Alternatively, To Clarify The Court's Order (Dkt No. 123) is withdrawn;

2. The Defendants' Motion For Attorneys' Fees And Expenses (Dkt No. 125) is withdrawn;

3. The order of the Clerk of the Court awarding costs (Dkt No. 131) is stricken;

4. Each party to this action is to bear his/its own attorneys' fees and costs with respect to this matter; and

5. This Court retains jurisdiction over this matter solely for purposes of enforcing the parties' written Settlement Agreement And Release.

DATED

________________________________
Honorable Marcia S. Krieger

AGREED AS TO FORM
AND SUBSTANCE

*/s/ Joseph J. Siprut*

Joseph J. Siprut
Richard L. Miller II
Richard S. Wilson
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Telephone: (312) 236-0000
FAX: (312) 470-6588
*jsiprut@siprut.com*
*rmiller@siprut.com*
*rwilson@siprut.com*

Michael Obernesser
**OBERNESSER & OBERNESSER**
1756 South 8th Street
Colorado Springs, Colorado 80905
Telephone: (719) 635-7707
FAX: (719) 471-3188
*mobernesser@siprut.com*

AGREED AS TO FORM
AND SUBSTANCE

*/s/ Romaine Marshall*

Romaine Marshall
Engels Tejeda
**HOLLAND & HART LLP**
222 MAIN STREET
Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5922
FAX: (801) 871-6139
*RCMarshall@hollandhart.com*
*EJTejeda@hollandhart.com*

Melissa K. Ventrone
**THOMPSON COBURN LLP**
55 East Monroe Street
37th Floor
Chicago, Illinois 60603
Telephone: (312) 580-2219
*mventrone@thompsoncoburn.com*

***Attorneys For Defendants***

Cornelius P. Dukelow
**ABINGTON COLE + ELLERY**
320 South Boston Avenue
Suite 1130
Tulsa, Oklahoma 74103
Telephone: (918) 588-3400
FAX: (918) 588-3400
*cdukelow@abingtonlaw.com*

***Attorneys For Plaintiff***
***And The Proposed Putative Class***